# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO ALEX INCERA,<br><br>Defendant. | Case No. 2:18-cr-169-JCM-NJK<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation to Revoke Defendant's Personal Recognizance Bond (ECF No. 37), filed on June 26, 2018. The Court conducted a hearing in this matter on August 2, 2018.

On June 1, 2018, Defendant Incera's personal recognizance bond was entered. ECF No. 22. On June 21, 2018, Defendant Incera's state probation was revoked and he was sentenced to 28-57 months in the Nevada Department of Corrections in the matter of *State of Nevada v. Incera*, Case No. C-16-312652-1. He will commence serving his state sentence in the Nevada Department of Corrections immediately. The parties stipulate to revoking Defendant Incera's personal recognizance bond. The Court grants the parties' stipulation and Defendant's personal recognizance bond is hereby revoked. The Court orders that Defendant be detained pending his release from state custody without prejudice to Defendant filing a motion for pretrial release at such time. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Revoke Defendant's Personal Recognizance Bond (ECF No. 37) is **granted**.

Dated this 2nd day of August, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE