# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00169-JCM-NJK |
| Plaintiff, | ORDER |
| vs. | (Docket No. 52) |
| ALEJANDRO INCERA, | |
| Defendant. | |

On September 12, 2018, counsel for Defendant Alejandro Incera filed a motion to withdraw as attorney. Docket No. 47. The Court set a hearing on counsel's motion for September 17, 2018. Docket No. 48. At the hearing, after the Court spoke with both Defendant and his counsel, counsel withdrew his motion to withdraw. Docket No. 49.

On September 18, 2018, a motion requesting the Court to order counsel to provide him with discovery, written by Defendant on September 12, 2018, was received by the Court. Docket No. 52. As all issues between Defendant and his counsel have now been resolved, the Court **DENIES** as moot Defendant's motion.

IT IS SO ORDERED.

DATED: September 20, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE