# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:18-cr-00169-JCM-NJK |
| v. | **ORDER** |
| ALEJANDRO ALEX INCERA, | |
| Defendant. | |

On February 11, 2019, this Court granted defense counsel's Motion to Withdraw as Counsel for Defendant Alejandro Incera. Docket no. 70.

Accordingly,

**IT IS HEREBY ORDERED** that **Jennifer M. Waldo, Esq.**, is appointed as counsel for Alejandro Alex Incera in place of Robert Draskovich, Esq., for all future proceedings.

Mr. Draskovich's office shall forward the file to Ms. Waldo's office forthwith.

Dated this 14th day of February, 2019.

*Nunc Pro Tunc* date: February 11, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE